# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSE LOPEZ, ) | |
| ) | |
| Plaintiff, ) | Case No.: |
| ) | |
| v. ) | |
| ) | |
| Chicago Police Officer Larry Branch, Star No. ) | **JURY DEMANDED** |
| 15045, and the City of Chicago, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

### JURISDICTION AND VENUE

1. This action arises under the United States Constitution and the Civil Rights Act of 1871 [42 U.S.C. Section 1983]. This court has jurisdiction under and by virtue of 28 U.S.C. Sections 1343, 1331, 1367.

2. Venue is founded in this judicial court upon 28 U.S.C. Section 1391 as the acts complained of arose in this district.

### PARTIES

3. At all times herein mentioned, Plaintiff Jose Lopez ("Lopez" or "Plaintiff") was and is a citizen of the United States, and resides within the jurisdiction of this Court.

4. At all times herein mentioned, Defendant Officer Larry Branch, Star No. 15045 ("Branch" or "Defendant") was employed by the City of Chicago Police Department and was acting under color of state law and as the employee, agent, or representatives of the City of Chicago Police Department. This officer is being sued in his individual/personal capacity.

5. At all times herein mentioned, the City of Chicago was a political division of the

State of Illinois, existing as such under the laws of the State of Illinois. At all relevant times, the City of Chicago maintained, managed, and/or operated the City of Chicago Police Department.

## FACTUAL ALLEGATIONS

6. On September 23, 2018, Plaintiff was located at the 25th District police station in Chicago Illinois.

7. At that place and date, Branch approached Plaintiff.

8. Plaintiff was handcuffed.

9. Branch grabbed Plaintiff and swung him into a wall causing his face to hit the wall and causing a laceration to Plaintiff's face.

10. Plaintiff in no way consented to this conduct.

11. There was no legal cause to seize Plaintiff and use the force that was used as described.

12. By reason of the above-described acts and omissions of Defendant, Plaintiff sustained injuries including, but not limited to, a laceration to his face, humiliation and indignities, medical expenses, suffered great physical, mental, and emotional pain and suffering all to him damage in an amount to be ascertained.

13. The aforementioned acts of the Defendant were willful, wanton, malicious, oppressive and done with reckless indifference to and/or callous disregard for Plaintiff's rights and justify the awarding of exemplary and punitive damages in an amount to be ascertained according to proof at the time of trial.

14. By reason of the above-described acts and omissions of the Defendants, Plaintiff was required to retain an attorney to institute, prosecute, and render legal assistance to him in the within action so that he might vindicate the loss and impairment of his rights. By reason thereof,

Plaintiff requests payment by Defendants, and each of them, of a reasonable sum for attorney's fees pursuant to 42 U.S.C Section 1988, the Equal Access to Justice Act or any other provision set by law.

## COUNT I
### Plaintiff Against Defendant Branch for Excessive Force

15. Plaintiff hereby incorporates and re-alleges paragraphs one (1) through fourteen (14) hereat as though fully alleged at this place.

16. By reason of the Defendant's conduct, Plaintiff was deprived of rights, privileges and immunities secured to him by the Fourth Amendment to the Constitution of the United States and laws enacted thereunder.

17. The violence inflicted upon Plaintiff was unnecessary and unreasonable and was therefore in violation of Plaintiff's Fourth Amendment Rights. Specifically, all of the force described above was without legal cause and constituted unnecessary and unreasonable excessive force. Therefore, the individual Defendant is liable to Plaintiff pursuant to 42 U.S.C. § 1983.

**WHEREFORE**, Plaintiff, Jose Lopez, by and through his attorneys, Ed Fox & Associates, requests judgment as follows against the Defendant, Branch on all claims:

1. That Defendant be required to pay Plaintiff general damages, including emotional Distress and pain and suffering, in a sum to be ascertained;

2. That Defendant be required to pay Plaintiff special damages;

3. That Defendant be required to pay Plaintiff attorney's fees pursuant to Section 1988 of Title 42 of the United States Code, the Equal Access to Justice Act or any other applicable provision;

4. That Defendant be required to pay Plaintiff punitive and exemplary damages in a sum to be ascertained;

5. That Defendant be required to be pay Plaintiff costs of the suit herein incurred; and

6. That Plaintiff has such other and further relief as this Court may deem just and proper.

BY: s/ Edward M. Fox

ED FOX & ASSOCIATES
Attorneys for Plaintiff
300 West Adams
Suite 330
Chicago, Illinois 60606
(312) 345-8877
efox@efox-law.com

**PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY**

BY: s/Edward M. Fox

ED FOX & ASSOCIATES
Attorneys for Plaintiff
300 West Adams
Suite 330
Chicago, Illinois 60606
(312) 345-8877
efox@efox-law.com